**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| LARRY BUDNICK, | ) | 2:08-cv-00590-HDM-GWF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| YOUR MANAGEMENT, LLC, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The court has considered the report and recommendation of the United States Magistrate Judge (#108) filed on May 26, 2010, in which the magistrate judge recommends that this court enter an order dismissing with prejudice plaintiff's claims against defendant Kelly White based on plaintiff's failure to file a pretrial order. Plaintiff had until June 12, 2010 in which to file objections to the report and recommendation. No objections were filed and the time in which to file objections has expired.

The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review

1

and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby ADOPTS AND ACCEPTS the report and recommendation of the United States Magistrate Judge (#108).  Accordingly, plaintiff's claims against defendant Kelly White are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED: This 16th day of June, 2010.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE